IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAG ENTERPRISES, INC., MAG PITT, LP, MAG ENTERTAINMENT, LLC, OASIS ON ESSINGTON, LLC, KWLT, LLC, KWON, LLC, BT CALIFORNIA, LLC, GOLD CLUB-SF, LLC, S.A.W. ENTERTAINMENT, LTD, and KIMMICO, INC., | : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-2213 |
| v. | : : | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABEL CASILLAS GUZMAN, in her Official Capacity as the Administrator of the United States Small Business Administration, and THE UNITED STATES OF AMERICA, | : : : : : : : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 5th day of November, 2021, it is hereby **ORDERED** that the telephone conference scheduled for Monday, November 15, 2021 at 9:30 a.m. is **RESCHEDULED** to **Monday, November 22, 2021**, at **9:30 a.m.**  Counsel shall call 1-571-353-2300 and use pin number 363973916# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.