**IN THE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAG ENTERPRISES, INC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2213 |
| | : | |
| UNITED STATES SMALL BUSINESS | : | |
| ADMINISTRATION, et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATED ORDER REGARDING
SCHEDULE FOR DEFENDANTS' DISPOSITIVE MOTION**

Pursuant to the Court's orders of November 5, 2021, Dkt. Nos. 41 and 42, Defendants are currently obligated to file their dispositive motion by November 19, 2021 and a status conference is scheduled on November 22, 2021.

It is hereby agreed by and between the undersigned that the deadlines above are vacated and the Defendants shall file their dispositive motion no later than December 20, 2021.

Respectfully submitted,

/s/ Bradley J. Shafer

BRADLEY J. SHAFER
Shafer & Associates, P.C.
3800 Capital City Blvd., Suite 2
Lansing, MI 48906
(215) 886-6560
Attorney for Plaintiffs

/s/ Matthew E. K. Howatt

MATTHEW E. K. HOWATT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8335
Attorney for Defendants

APPROVED AND SO ORDERED.

/s/ Edward G. Smith

HONORABLE EDWARD G. SMITH
*Judge, United States District Court*

Dated: 11/22/2021