**IN THE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAG ENTERPRISES, INC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2213 |
| | : | |
| UNITED STATES SMALL BUSINESS | : | |
| ADMINISTRATION, et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATED ORDER REGARDING**
**STAY PENDING SETTLEMENT**

WHEREAS, counsel for the parties have advised that they have reached a settlement in principle subject to documentation and final approvals from clients and higher-level officials at the Department of Justice;

WHEREAS, on December 20, 2021, the Court approved the parties' stipulation staying all litigation deadlines until further order (the "Stay") and, absent notice of final settlement, the Court ordered the parties to file a joint status report no later than January 31, 2022;

WHEREAS, on January 31, 2022, counsel for the parties advised the Court that, while progress had been made, they were still working cooperatively to obtain final approval of the settlement;

THEREFORE, the Stay is extended and, if the parties have not advised the Court that the matter is fully settled beforehand, the parties shall file a joint status report with the Court no later than February 28, 2022.

Respectfully submitted,

/s/ Bradley J. Shafer                    /s/ Matthew E. K. Howatt

BRADLEY J. SHAFER                    MATTHEW E. K. HOWATT
Shafer & Associates, P.C.             Assistant United States Attorney
3800 Capital City Blvd., Suite 2      615 Chestnut Street, Suite 1250
Lansing, MI 48906                     Philadelphia, PA 19106
(215) 886-6560                        (215) 861-8335
Attorney for Plaintiffs               Attorney for Defendants

APPROVED AND SO ORDERED.


 /s/ Edward G. Smith                      Dated: February 2, 2022
HONORABLE EDWARD G. SMITH, U.S.D.J