**IN THE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAG ENTERPRISES, INC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-2213 |
| | : | |
| UNITED STATES SMALL BUSINESS | : | |
| ADMINISTRATION, et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATED ORDER REGARDING**
**STAY PENDING SETTLEMENT**

WHEREAS, counsel for the parties have advised that they have reached a settlement in principle subject to final documentation and approvals;

WHEREAS, since December 20, 2021, the Court has approved the parties' stipulations staying all litigation deadlines until further order (the "Stay");

WHERAS, pursuant to the Court's order, counsel for the parties advised the Court that, while further progress had been made, they were still working cooperatively to finalize the settlement;

THEREFORE, the Stay is extended and, if the parties have not advised the Court that the matter is fully settled beforehand, the parties shall file a joint status report with the Court no later than March 31, 2022.

Respectfully submitted,

/s/ Bradley J. Shafer

BRADLEY J. SHAFER
Shafer & Associates, P.C.
3800 Capital City Blvd., Suite 2
Lansing, MI 48906
(215) 886-6560
Attorney for Plaintiffs

/s/ Matthew E. K. Howatt

MATTHEW E. K. HOWATT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8335
Attorney for Defendants

APPROVED AND SO ORDERED.


/s/ Edward G. Smith                    Dated: 3/2/2022

HONORABLE EDWARD G. SMITH, U.S.D.J