**IN THE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MAG ENTERPRISES, INC, et al.,          :
                                    :

        Plaintiffs,                :
                                    :

        v.                         :          CIVIL ACTION NO. 21-2213
                                    :

UNITED STATES SMALL BUSINESS     :
ADMINISTRATION, et al.,           :
                                    :

        Defendants.              :

**STIPULATED ORDER REGARDING
STAY PENDING SETTLEMENT**

WHEREAS, counsel for the parties have previously advised that they had reached a settlement in principle subject to final documentation and approvals;

WHEREAS, since December 20, 2021, the Court has approved the parties' stipulations staying all litigation deadlines until further order (the "Stay");

WHERAS, pursuant to the Court's order, on March 31, 2022, counsel for the parties advised the Court that the parties have agreed to the terms of a settlement agreement;

WHEREAS, pursuant to the terms of the settlement, within 10 days of the Small Business Administration's payment of all grants to which the settling plaintiffs may be entitled under the terms of the settlement (subject to resolution by the Court of any disputes that may arise as to grant eligibility), the settling plaintiffs shall file a stipulation of dismissal of all claims with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

THEREFORE, the Stay is extended and, if the parties have not filed a stipulation of dismissal beforehand, the parties shall file a joint status report with the Court no later than May 2, 2022.

Respectfully submitted,

/s/ Bradley J. Shafer

BRADLEY J. SHAFER
Shafer & Associates, P.C.
3800 Capital City Blvd., Suite 2
Lansing, MI 48906
(215) 886-6560
Attorney for Plaintiffs

/s/ Matthew E. K. Howatt

MATTHEW E. K. HOWATT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8335
Attorney for Defendants

APPROVED AND SO ORDERED.

/s/ Edward G. Smith

HONORABLE EDWARD G. SMITH, U.S.D.J

Dated: 4/5/2022