IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAG ENTERPRISES, INC., MAG PITT, LP, MAG ENTERTAINMENT, LLC, OASIS ON ESSINGTON, LLC, KWLT, LLC, KWON, LLC, BT CALIFORNIA, LLC, GOLD CLUB-SF, LLC, S.A.W. ENTERTAINMENT, LTD, and KIMMICO, INC., | : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-2213 |
| v. | : : | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, ISABEL CASILLAS GUZMAN, in her Official Capacity as the Administrator of the United States Small Business Administration, and THE UNITED STATES OF AMERICA, | : : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of June, 2022, after receiving the parties' stipulated order regarding stay pending settlement, it is hereby **ORDERED** that the court will hold a telephone status conference on **Tuesday**, **June 14, 2022**, at **1:30 p.m.** Counsel shall call 866-434-5269 and use pin 3623011# to enter the conference call.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.