IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAG ENTERPRISES, INC.,                    :        Civil Action
                                          :
          Plaintiffs,                     :        5:21-cv-2213
                                          :
             v.                           :
                                          :
UNITED STATES SMALL BUSINESS              :
ADMINISTRATION, ET AL.,                   :
                                          :
          Defendants.                     :

**REPORT OF CONFERENCE / MINUTE SHEET**

On this 14th day of June, 2022,

___   In-Person Conference   _____ (held in Chambers)   _____ (held in Courtroom)

___   Video Conference

_X_   Telephone Conference

_ _   Pretrial / Rule 16 Conference Via Telephone

_ _   Settlement Conference Via Telephone

___   Status Conference

          ___   On the Record              _X_ Not on the Record

**Total Time:   13 MINUTES**

                              */s/ Jennifer J. Fitzo_____*
                              Jennifer J. Fitzko, Criminal Deputy Clerk
                              HONORABLE EDWARD G. SMITH