IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAG ENTERPRISES, INC., MAG PITT,                 :
LP, MAG ENTERTAINMENT, LLC,                       :
OASIS ON ESSINGTON, LLC, KWLT,                    :
LLC, KWON, LLC, BT CALIFORNIA,                    :
LLC, GOLD CLUB-SF, LLC, S.A.W.                    :
ENTERTAINMENT, LTD, and KIMMICO,                  :
INC.,                                             :
                                                  :
                    Plaintiffs,                   :          CIVIL ACTION NO. 21-2213
                                                  :
        v.                                        :
                                                  :
UNITED STATES SMALL BUSINESS                      :
ADMINISTRATION, ISABEL CASILLAS                   :
GUZMAN, in her Official Capacity as the           :
Administrator of the United States Small          :
Business Administration, and THE UNITED           :
STATES OF AMERICA,                                :
                                                  :
                    Defendants.                   :

**ORDER**

**AND NOW**, this 26th day of July, 2022, after a telephone conference with counsel, it is

hereby **ORDERED** that the court will hold a telephone status conference on **Thursday**, **August**

**11, 2022**, at **2:00 p.m.** Counsel shall call 866-434-5269 and use pin 3623011# to enter the

conference call.

                                    BY THE COURT:


                                    /s/ *Edward G. Smith*
                                    EDWARD G. SMITH, J.