IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAG ENTERPRISES, INC., MAG PITT,   :
LP, MAG ENTERTAINMENT, LLC,   :
OASIS ON ESSINGTON, LLC, KWLT,   :
LLC, KWON, LLC, BT CALIFORNIA,   :
LLC, GOLD CLUB-SF, LLC, S.A.W.   :
ENTERTAINMENT, LTD, and KIMMICO,   :
INC.,   :
  :
            Plaintiffs,   :     CIVIL ACTION NO. 21-2213
  :
    v.   :
  :
UNITED STATES SMALL BUSINESS   :
ADMINISTRATION, ISABEL CASILLAS   :
GUZMAN, in her Official Capacity as the   :
Administrator of the United States Small   :
Business Administration, and THE UNITED   :
STATES OF AMERICA,   :
  :
            Defendants.   :

## **ORDER**

**AND NOW**, this 10th day of August, 2022, after receiving confirmation that the plaintiffs have received all the payments due to them under the settlement agreement, it is hereby **ORDERED** that telephone conference scheduled for Thursday, August 11, 2022, at 2:00 p.m. is **CANCELED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.